242     APPELLATE COURTS OF ILLINOIS.

Kaperonis v. Kalodimos Bros. I. C. & C. Co., 209 Ill. App. 242.

## Panagiotis Kaperonis, Appellee, v. Kalodimos Brothers Ice Cream & Candy Company, Appellant.

### Gen. No. 22,930.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY C. MORAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed December 21, 1917.

### Statement of the Case.

Action by Panigiotis Kaperonis, plaintiff, against Kalodimos Brothers Ice Cream & Candy Company, a corporation, defendant, to recover a balance of $1,289.36 due for wages on account of services. From a judgment for plaintiff, defendant appeals.

THOMPSON, TYRRELL & CHAMBERS, for appellant.

A. A. PANTELIS, for appellee; ALEXANDER J. RESA, of counsel.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13a*—*when evidence of co-partnership is inadmissible under affidavit of merits.* Evidence on behalf of defendant of a copartnership between it and plaintiff, *held* erroneously admitted, over plaintiff's objection, under rule 17 of the Municipal Court, relating to the requisites of an affidavit of merits, where the only defense set up in such affidavit was that neither the balance set up in plaintiff's statement of claim nor any other sum was due from defendant to plaintiff.

2. APPEAL AND ERROR, § 1238*—*when party cannot complain of judgment.* Appellant may not complain of a judgment which cannot be reversed except by considering evidence which he improperly introduced.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.